1  [counsel listed on following page]                    ** E-filed January 21, 2011 **

2

3

4

5

6

7

8

9                       IN THE UNITED STATES DISTRICT COURT

10                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  HAYLEY HICKCOX-HUFFMAN,              Case No.  CV 10-05193 HRL
    on behalf of herself and all others
14  similarly situated                   **STIPULATION REQUESTING (1)
                                         ORDER CONTINUING CASE
15                Plaintiff,             MANAGEMENT CONFERENCE
                                         AND (2) STIPULATED BRIEFING
16      vs.                              SCHEDULE RE MOTION TO
                                         DISMISS FIRST AMENDED
17                                       COMPLAINT;** ~~PROPOSED~~ **ORDER**
    US AIRWAYS, INC., and DOES 1
18  through 10, inclusive.               **(LOCAL RULES 6-2; 7-12)**

19                Defendants.

20

21

---

1

STIPULATION REQUESTING (1) ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND (2)
BRIEFING SCHEDULE RE MOTION TO DISMISS; ~~PROPOSED~~ ORDER

| | |
|---|---|
| 1 | Thomas G. Foley, Jr., SBN 065812 |
| | tfoley@foleybezek.com |
| 2 | Roger N. Behle, Jr., SBN 174755 |
| 3 | rbehle@foleybezek.com |
| | Justin P. Karczag, SBN 223764 |
| 4 | jkarczag@foleybezek.com |
| 5 | **FOLEY BEZEK BEHLE & CURTIS, LLP** |
| | 15 West Carrillo Street |
| 6 | Santa Barbara, California 93101 |
| 7 | Telephone: (805) 962-9495 |
| | Facsimile:  (805) 962-0722 |
| 8 | |
| 9 | William M. Aron, SBN 234408 |
| | aron@aronlawyers.com |
| 10 | **LAW OFFICE OF WILLIAM M. ARON** |
| 11 | 15 West Carrillo Street |
| | Santa Barbara, California  93101 |
| 12 | Telephone: (805) 618-1768 |
| 13 | Facsimile: (805) 618-1580 |
| | Attorneys for Plaintiffs |
| 14 | |
| 15 | Robert A. Siegel, SBN 64604 |
| | rsiegel@omm.com |
| 16 | Michael G. McGuinness, SBN 13329 |
| 17 | mmcguinness@omm.com |
| | Jessica Hardy, SBN 246377 |
| 18 | jehardy@omm.com |
| 19 | **O'MELVENY & MYERS, LLP** |
| 20 | 400 South Hope Street |
| | Los Angeles, CA 90071-2899 |
| 21 | Telephone: (213) 430-6000 |
| 22 | Facsimile: (213) 430-6407 |
| | Attorneys for Defendant |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

STIPULATION REQUESTING (1) ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND (2) BRIEFING SCHEDULE RE MOTION TO DISMISS; ~~PROPOSED~~ ORDER

**RECITALS**

On November 22, 2010, Plaintiff served her Complaint on Defendant. Shortly thereafter, counsel for Defendant advised counsel for Plaintiff that Defendant would be filing a motion to dismiss. The parties then stipulated to an extension of time for Defendant to respond to the Complaint and for a stipulated briefing schedule on Defendant's anticipated Motion to Dismiss. Doc 6. Defendant has filed its motion. Doc 13. Plaintiff's Opposition is currently due January 31, 2011. Doc 6. In lieu of opposing the motion, Plaintiffs will file a First Amended Complaint on or before January 31, 2011. As a result the parties agree, subject to the Court's approval, to move the stipulated briefing schedule out to correspond to the filing of the First Amended Complaint. In addition, there is a Case Management Conference set for Tuesday, January 25, 2011 at 1:30 pm. In light of the status of the pleadings, the parties stipulate, that with the Court's consent, the Case Management Conference be moved to occur on or after the hearing on the Motion to Dismiss the First Amended Complaint. There have been no prior continuances of the Case Management Conference.

**STIPULATION**

Based on the foregoing,

IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-2, by and between counsel for Plaintiff, Hayley Hickcox-Huffman, and counsel for Defendant, US Airways, Inc., as follows:

| Date | Event |
|---|---|
| 01/31/11 | Plaintiff shall file its First Amended Complaint ("FAC") |
| 02/14/11 | Defendant shall respond to the FAC |
| 03/10/11 | Plaintiff shall file its Opposition to any Motion to Dismiss |
| 03/21/11 | Defendant shall file a Reply |
| 04/05/11 | Hearing on any Motion to Dismiss at 10:00 a.m. |
| 04/26/11 | Case Management Conference at 1:30 p.m. |

STIPULATION REQUESTING (1) ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND (2) BRIEFING SCHEDULE RE MOTION TO DISMISS; ~~PROPOSED~~ ORDER

| | |
|---|---|
| Dated: January 21, 2011 | FOLEY BEZEK BEHLE & CURTIS, LLP<br>LAW OFFICES OF WILLIAM M. ARON<br><br>By: _____/s/_____<br>　　Thomas G. Foley, Jr.<br>　　Roger N. Behle, Jr.<br>　　Justin P. Karczag<br>　　William M. Aron<br>　　Attorneys for Plaintiff |
| Dated: January 21, 2011 | O'MELVENY & MYERS LLP<br><br>By: _____/s/_____<br>　　Robert Siegel<br>　　Michael McGuiness<br>　　Jessica Hardy<br>　　Attorneys for Defendant |

Defendant's motion to dismiss (Docket No. 13) is TERMINATED. In addition, all related ADR and Rule 26 deadlines are continued in accordance with the new case management conference date.

IT IS SO ORDERED.

DATE: January 21, 2011　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Magistrate Judge Howard R. Lloyd

4

STIPULATION REQUESTING (1) ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND (2) BRIEFING SCHEDULE RE MOTION TO DISMISS; ~~PROPOSED~~ ORDER