1  ROBERT A. SIEGEL (S.B. #64604)                   ** E-filed January 28, 2011 **
   rsiegel@omm.com
2  MICHAEL G. MCGUINNESS (S.B. #133298)
   mmcguinness@omm.com
3  JESSICA B. HARDY (S.B. #246377)
   jehardy@omm.com
4  O'MELVENY & MYERS LLP
   400 South Hope Street
5  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
6  Facsimile:    (213) 430-6407

7  Attorneys for Defendant
   US Airways, Inc.

8
                        UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12  HAYLEY HICKCOX-HUFFMAN, on          Case No.  CV 10-05193 HRL
    behalf of herself and all others similarly
13  situated                            STIPULATION REQUESTING ORDER
                                        AMENDING BRIEFING SCHEDULE RE
14             Plaintiff,               MOTION TO DISMISS FIRST AMENDED
                                        COMPLAINT; ~~PROPOSED~~ ORDER
15       vs.
                                        (LOCAL RULES 6-2; 7-12)
16  US AIRWAYS, INC., and DOES 1 through
17  10, inclusive.

18             Defendants.

19

20

21

22
                              RECITALS
23
            WHEREAS, On January 21, 2011, Plaintiff and Defendant filed a stipulation requesting
24
    this Court to continue the Case Management Conference previously set for Tuesday, January 25,
25
    2011, and to approve a stipulated briefing schedule setting a deadline for Plaintiff to file a First
26
    Amended Complaint ("FAC"), and setting briefing and hearing deadlines for Defendant's
27
    anticipated motion to dismiss the FAC.  Document 17.

                                           1

1         WHEREAS, on January 24, 2011, the Court approved the parties' stipulation. Document

2  18. The stipulation as approved by the court sets the following deadlines for Defendant's motion

3  to dismiss the FAC:

4          02/14/11        Defendant shall respond to the FAC

5          03/10/11        Plaintiff shall file its Opposition to any Motion to Dismiss

6          03/21/11        Defendant shall file a Reply

7          04/05/11        Hearing on any Motion to Dismiss at 10:00 a.m.

8          4/26/11         Case Management Conference at 1:30 p.m.

9         WHEREAS, it has come to the parties' attention that, as a result of an inadvertent error,

10  the stipulation that was filed with the Court on January 21, 2011 (Document 17) contained dates

11  for the motion to dismiss briefing and hearing schedule that were not precisely the dates the

12  parties agreed upon.   The correct dates are as follows:

13          02/**18**/11        Defendant shall respond to the FAC

14          03/**14**/11        Plaintiff shall file its Opposition to any Motion to Dismiss

15          03/**25**/11        Defendant shall file a Reply

16          04/**12**/11        Hearing on any Motion to Dismiss at 10:00 a.m.

17         WHEREAS, the parties hereby request that the Court issue an order approving the

18  briefing schedule actually agreed upon by the parties.  The stipulated briefing schedule results in

19  a brief extension of four days for Defendant to respond to the FAC, for Plaintiffs to respond to

20  the motion, and for Defendant to file a reply.  It further moves the hearing date by one week,

21  from April 5, 2011, to April 12, 2011.  This brief continuance will not interfere with any

22  motions, hearings or other deadlines currently on calendar and will not require any further

23  continuance of the Case Management Conference, which is currently set for April 26, 2011.

24  **STIPULATION**

25         Based on the foregoing,

26         IT IS HEREBY STIPULATED AND AGREED, pursuant to Civil Local Rule 6-2, by

27  and between counsel for Plaintiff, Hayley Hickcox-Huffman, and counsel for Defendant, US

Airways, Inc., as follows:

| Date | Event |
|------|-------|
| 02/18/11 | Defendant shall respond to the FAC |
| 03/14/11 | Plaintiff shall file its Opposition to any Motion to Dismiss |
| 03/25/11 | Defendant shall file a Reply |
| 04/12/11 | Hearing on any Motion to Dismiss at 10:00 a.m. |
| 4/26/11 | Case Management Conference at 1:30 p.m. |

Dated: January 26, 2010.                    FOLEY BEZEK BEHLE & CURTIS, LLP
                                            LAW OFFICES OF WILLIAM M. ARON


                                            By: ___/s/ Justin P. Karczag_____
                                                Thomas G. Foley, Jr.
                                                Roger N. Behle, Jr.
                                                Justin P. Karczag
                                                William M. Aron
                                                Attorney for Plaintiff
                                                 Hayley Hickcox-Huffman


Dated: January 26, 2010.                    O'MELVENY & MYERS LLP


                                            By: _____/s/ Jessica B. Hardy_____
                                                Robert A. Siegel
                                                Michael G.McGuinness
                                                Jessica B. Hardy
                                                Attorneys for Defendant
                                                US Airways, Inc.

IT IS SO ORDERED.

DATE: January 28, 2011

                                            _____
                                            Magistrate Judge Howard R. Lloyd

STIPULATION REQUESTING ORDER AMENDING BRIEFING SCHEDULE RE MOTION TO DISMISS;
~~PROPOSED~~ ORDER